Commonwealth ex rel. Markley, Appellant, *v.*
Botula.

Submitted April 12, 1965. *George Markley,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.